ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| DCX-CHOL Enterprises, Inc. | ) ASBCA No. 63923 |
| | ) |
| Under Contract No. W52P1J-20-D-0017 | ) |

APPEARANCES FOR THE APPELLANT:    Michael T. Wagner, Esq.
Hayley Holdridge, Esq.
Moushmi Patil, Esq.
  Covington & Burling LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
  Army Chief Trial Attorney
Angela M. Fortier, Esq.
MAJ Danielle C. Naser, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 4, 2025

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63923, Appeal of DCX-CHOL Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:  June 4, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals